# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

Win Myat, Petitioner,

v.

Tuomey Regional Medical Center, Respondent.

Appellate Case No. 2019-001757

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal from Sumter County
R. Ferrell Cothran Jr., Circuit Court Judge

---

Opinion No. 28009
Heard February 3, 2021 – Filed March 10, 2021

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

William R. Padget and Francis M. Hinson IV, both of HHP Law Group, LLC of Columbia, for Petitioner Win Myat.

G. Murrell Smith Jr. and David C. Holler, both of Smith Robinson Holler DuBose Morgan, LLC, of Sumter; and Shanon N. Peake, of Smith Robinson Holler DuBose Morgan, LLC, of Columbia, all for Respondent Tuomey Regional Medical Center.

Wm. Grayson Lambert and M. Craig Garner Jr., both of Burr & Forman LLP, of Columbia; and Edward H. Bender, of Columbia, all for Amicus Curiae South Carolina Hospital Association.

Frank L. Eppes, of Eppes & Plumblee, P.A.; and Daniel W. Luginbill and Julia M. Flumian, both of McGowan, Hood, & Felder, LLC, of Mt. Pleasant, all for Amicus Curiae South Carolina Association for Justice.

---

**PER CURIAM:**   We issued a writ of certiorari to review the court of appeals' decision in *Myat v. Tuomey Regional Medical Center*, 427 S.C. 601, 832 S.E.2d 306 (Ct. App. 2019).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, JJ.,  and Acting Justice Paula H. Thomas, concur.**